• USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 16-00312 |
| DEFENDANT | TYPE OF PROCESS |
| MARYBETH NADINE LOCKWOOD & BENJAMIN THOMAS WOOD | HANDBILL  SALe |

**SERVE AT**

NAME OF INDIVIDUAL, COMPLANY, DORPORATION ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
MARYBETH NADINE LOCKWOOD

ADDRESS (Street or RFD, Apartment No., City, State and ZIP code)
4104 Trabert Court, Dover, PA 17315

SEND NOTICE OF SERVICE COPY OF REQUESTER AT NAME AND ADDRESS BELOW

KML Law Group, P.C.
701 Market
Suite 5000
Philadelphia, PA 19106

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

FILED HARRISBURG, PA
NOV 0 1 2016
VC

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers and Estimated Times Available for Service)

Bid: 77,867.00

Sale: 8-4-16  11:00 Am  York Co. Court-house

Signature of Attorney other Originator requesting service behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 215-627-1322
DATE: 5/18/16

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 67 | District to Serve No. 67 | Signature of Authorized USMS Deputy or Clerk  ae | Date 7/13/16 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above on the or the individual, company, corporation, etc. shown at the address inserted below

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Property Sale

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only if different than shown above)
York County Courthouse
45 N George Street, York PA 17401

Date: 8-4-2016
Time: 11:05  ☒ am  ☐ pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or (Amount of Refund*) |
|---|---|---|---|---|---|
| $130.00 | $28.62 | — | $158.62 | | $0.00 |

REMARKS: Property sold to Mervin S. Garman

1 DUSM  BT: 10:10 AM  ET: 11:55 pm  2 hr @ $65 = $130 + 53 miles roundtrip @ .54 = $28.62

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12 80